IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,  				Case No. 3:05CR777

      Plaintiff

    v.  						Order to Show Cause

Paul M. Neumann,

      Defendant

This is a criminal case in which the defendant has filed a motion to withdraw his guilty plea. Filed concurrently with this order is an order overruling the motion.

As a result of the overruling of that motion and confirmation of the defendant's plea of guilty, it is reasonable to anticipate that his sentence, once imposed, may be more substantial than that bargained for in his plea agreement.

The defendant has substantial assets and thus the means at hand to flee prior to sentencing. So that the risk of flight pending further proceedings can be minimized, the defendant shall be brought before this court to show cause why he should not be detained pending sentencing.

So that the objective of this order cannot be frustrated, the Clerk shall issue, and the Marshalls Service shall execute a warrant for the defendant to be taken into custody. The warrant shall be endorsed "Hold for detention proceedings before the undersigned."

It is therefore

ORDERED THAT the defendant Paul H. Neumann shall be brought before this Court to show cause why he should not be detained pending sentencing; he shall be taken forthwith into custody pending further proceedings pursuant to this order.

A Show Cause Hearing is scheduled before the undersigned for Tuesday, October 9, 2007 at 8:00 a.m.

So ordered.

s/James G. Carr  
James G. Carr  
Chief Judge